UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EDY PABLO CARRILLO,

                                    Petitioner,

v.

CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center; KRISTI NOEM, Secretary of the Department of Homeland Security; PAMELA JO BONDI, Attorney General, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; GREGORY J ARCHAMBEAULT, Field Office Director, San Diego Field Office; U.S. ICE, U.S. DHS,

                                    Respondents.

Case No.: 3:26-cv-2518-JES-AHG

**ORDER FOR BOND HEARING**

**[ECF No. 1]**

Before the Court is Petitioner Edy Pablo Carrillo's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1.

Pursuant to the Court's Order to Show Cause, (ECF No. 2.), Respondents filed a response. ECF No. 4. In the response, Respondents acknowledges that: (1) Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D.

1

Cal. Nov. 25, 2025); and (2) although the Ninth Circuit stayed application of that Order beyond the Central District of California, prior orders from this District have directed bond hearings, pursuant to 8 U.S.C. § 1226(a), in similar cases. ECF No. 4 at 2. In light of this information, Respondents do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a). *Id.* Accordingly, the Court **GRANTS IN PART** the Petition as follows:

(1)     The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order. At the hearing, Respondents may not deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2)     Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond redetermination hearing, including apprising the Court of the results of the hearing.

(3)     The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: May 6, 2026

Honorable James E. Simmons Jr.
United States District Judge